UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )   Case No.    1:06-mj-00162
                             )
     vs.                     )   ORDER OF DETENTION FOLLOWING
                             )   REVOCATION OF PREVIOUSLY SET
RAUL RAMON RODRIGUEZ,        )   CONDITIONS OF RELEASE
                             )
          Defendant.         )
_____)
```

A.  Order for Revocation and Detention

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons for the Revocation and Detention

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   \_\_\_\_\_ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

   **or**

   \_\_X\_\_ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

   **and**

   \_\_\_\_\_ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   \_\_X\_\_ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

   \_\_\_\_\_ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

**Dated:   April 10, 2007**            /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE