Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RAUL RAMON RODRIGUEZ |
| **Docket Number:** | 1:06-MJ-00162-001 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Sandra M. Snyder<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/10/2007 |
| **Original Offense:** | 18 USC 1701, Obstruct Passage of U.S. Mail<br>(CLASS E MISDEMEANOR) |
| **Original Sentence:** | 30 days BOP; 12 months TSR; $2,236.67 Restitution; Mandatory Drug Testing |
| **Special Conditions:** | 1) Not dispose of or dissipate assets; 2) Provide access to financial information; 3) Participate in substance abuse treatment; 4) Participate in drug testing program; 5) Report any new arrests to Clerk of Court; 6) Seek and maintain residence approved by USPO; 7) Seek and maintain employment approved by USPO; 8) Report to USPO upon first day of release from custody; 9) Submit to "Post Sentencing" interview; 10) Not unlawfully possess a controlled substance; submit to mandatory drug testing; 11) Make full restitution in the amount of $2,236.67; 12) Obey all laws |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/10/2007 |
| **Assistant U.S. Attorney:** | Mark McKeon   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carrie Leonetti   **Telephone:** (559) 487-5661 |
| **Other Court Action:** | None |

RE:   **RAUL RAMON RODRIGUEZ**
      **Docket Number:  1:06-MJ-00162-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**         **FAILURE TO SUBMIT WRITTEN MONTHLY SUPERVISION REPORTS**

On June 5, July 5, August 5, and September 5, 2007, the releasee failed to submit a written monthly supervision report, in violation of standard condition number 2 which requires him to do so by the 5th of every month.

**Charge 2:**         **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER**

The releasee failed to personally report to the probation office by the fifth of each of the months of June, July, August, and September 2007, as instructed by the probation officer on April 25, 2007, in violation of standard condition number 3 that directs him to follow the instructions of the probation officer.

**Charge 3:**         **USE OF A CONTROLLED SUBSTANCE**

On May 18, 2007, the releasee submitted a urine specimen which returned positive for methamphetamine.  On May 31, June 13, and July 26, 2007, he submitted a urine specimen which returned positive for amphetamine/methamphetamine.  The use of illicit drugs is in violation of the standard condition directing the releasee to abstain form any unlawful use of a controlled substance.

**Charge 4:**         **FAILURE TO SUBMIT TO DRUG TESTING PROGRAM**

On June 5, 22, 27; July 3, 18; August 6, 15,18, 24; and September 7, 12, 17, 20, 2007, the releasee failed to submit to drug testing as dictated by the drug testing program provided by Turning Point Aftercare Services, in violation of special condition number 4 which directed the releasee to submit to a drug testing program.

RE:     RAUL RAMON RODRIGUEZ
        Docket Number:  1:06-MJ-00162-001
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall reside and participate in a residential community corrections center, Turning Point Comprehensive Sanctions Center in  Fresno, California, for a period of at least 60 but no more than 90 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).   Subsistence costs are waived.

**Justification:**   Although the releasee's initial adjustment to supervision was acceptable, he soon thereafter found himself in a very unstable situation.  He did not secure employment and was compelled to move back and forth  from Fresno to Kerman, California.  By that time, he had already started using drugs and wilfully refused to drug test. This officer attempted  to contact the releasee through friends and family members in both cities, but to no avail.  The releasee reported to this officer on September 24, 2007, and expressed remorse for his non-compliant behavior.  He informed this officer that he has struggled to secure employment and has been living between family members and friends.  He is requesting an opportunity to get his life back in order and is willing to reside and participate in a residential program that will help him deal with his drug use, secure employment, and seek a long-term residence.

**RE:   RAUL RAMON RODRIGUEZ**
       **Docket Number:  1:06-MJ-00162-001**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Although this officer considered petitioning the Court for a warrant with a recommendation to revoke supervision and commit the releasee to prison, this officer is recommending that he be given an opportunity to turn his life around with the assistance of a residential program.

The releasee has signed Probation Form 49a - Waiver agreeing to an "at least 60 but no more than 90 day" placement at Turning Point Comprehensive Sanctions Center in Fresno, California.  Waiver of subsistence costs is recommended as the releasee owes restitution and will need to accumulate sufficient funds for independent living.

                              Respectfully submitted,

                              /s/ Hubert Alvarez

                              **HUBERT J. ALVAREZ**
                              **Senior United States Probation Officer**
                              Telephone:  (559) 499-5727

**DATED:**     September 24, 2007
               Fresno, California
               HJA;mb


**REVIEWED BY:**     /s/ Bruce Vasquez
                     **BRUCE A. VASQUEZ**
                     **Supervising United States Probation Officer**

**RE:    RAUL RAMON RODRIGUEZ**
**Docket Number:  1:06-MJ-00162-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)    Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

| 28 September 2007 | /s/ *Dennis L. Beck* |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:    United States Probation
       Mark McKeon, Assistant United States Attorney
       Carrie Leonetti, Assistant Federal Defender
       Defendant
       Court File