UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Sandra M. Snyder
Chief United States Magistrate Judge
Fresno, California

          RE:    RAUL RAMON RODRIGUEZ
                   Docket Number:   1:06-MJ-00162-001
                   <u>SUBSTITUTION OF RESIDENTIAL PLACEMENT</u>

Your Honor:

On September 28, 2007, this officer filed a Probation Form 12B - Petition to Modify Conditions of Supervision with the Court advising that the probationer violated the terms and conditions of supervision by: 1) Failure to submit monthly supervision reports; 2) Failure to follow the instructions of the probation officer; 3) Use of a controlled substance; and, 4) Failure to submit to drug testing program.  The Court followed the probation officer's recommendation and modified the conditions of supervision to include a placement at Turning Point Comprehensive Sanctions Center, Fresno, California, for a period of at least 60 but no more than 90 days.

Upon receiving the signed petition from the Court, Turning Point advised that the facility was at full capacity and would not have any available space for the near foreseeable future.  In efforts to address the probationer's violation conduct, this officer referred him to Foundation First, Inc., a "self-pay" sober living residential program.  He was accepted to the program and placement commenced on October 12, 2007.  He remained at this program until he was discharged on January 11, 2008.[1]  While at Foundation First, the releasee received substance abuse treatment, was drug tested, and worked part-time.

This officer recommends that Court accept the 90 days the probationer resided and participated at Foundation First be credited for the "at least 60 not more than 90 days" ordered to be served at Turning Point.

---

    [1]Although Turning Point eventually had a vacancy, the probationer requested to complete his residential program at Foundation First.

RE:   **RAUL RAMON RODRIGUEZ**
       **Docket Number:  1:06-MJ-00162-001**
       <u>**SUBSTITUTION OF RESIDENTIAL PLACEMENT**</u>

Below is a signature block which is provided to the Court to correspond with this officer regarding the above referenced recommendation.

           Respectfully submitted,

           /s/ Hubert J. Alvarez

           **HUBERT J. ALVAREZ**
           **Senior United States Probation Officer**

Dated:     January 15, 2008
           Fresno, California
           HJA;ra

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

Attachment(s)

cc:   Mark McKeon
      Assistant United States Attorney

      Carrie Leonetti
      Defense Counsel

---

AGREE: XXXX   DISAGREE: _____

IT IS SO ORDERED.

**Dated:   <u>January 16, 2008</u>**          <u>   /s/ Sandra M. Snyder      </u>
                                      UNITED STATES MAGISTRATE JUDGE

2

Rev. 05/2006
MEMO ~ COURT.MRG